```
 1                     UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF COLUMBIA
 3                                    ) Case No.: 1:08-cr-00060
                                      )
 4  UNITED STATES OF AMERICA,         ) MOTION OF ATTORNEY BRIAN VIRAG TO
                                      ) APPEAR FOR DEFENDANT AS COUNSEL PRO
 5                                    ) HAC VICE
                                      )
 6       vs.                          ) Date: 4-29-08
                                      ) Time: 3:30 am
 7  EDWARD JAVIER,                    ) Dept:
                                      )
 8         Defendant
```

Formatted: Font: Italic

BRIAN J. VIRAG, hereby moves the Court to grant leave to appear as counsel for defendant Edward Javier *PRO HAC VICE* in the above referenced matter. This request is based on this motion; the attached declaration of BRIAN J. VIRAG; the declaration of JAMES EDWARD RUBIN; and oral argument to be heard on April 29, 2008.

Respectfully Submitted,

                                                            Dated this April 23, 2008

                                                            _____
                                                            Brian J. Virag

- 1

**DECLARATION OF BRIAN J. VIRAG**

BRIAN J. VIRAG DECLARES AS FOLLOWS:

1. I am an attorney duly licensed to practice law in all courts in the State of California.

2. My full office address is: BRIAN J. VIRAG, Law Offices of Brian J. Virag, 16400 Ventura Blvd., Suite #317, Encino, CA 91436, (818) 907-5333 Fax (818) 907-5398

3. I have not been disciplined by any Bar.

4. I have not been admitted pro hac vice to this Court in the past two years.

5. I am the counsel of record for the defendant, EDWARD JAVIER in the above referenced matter.

6. I hereby respectfully request the court to permit attorney BRIAN VIRAG to appear as counsel ***PRO HAC VICE*** for the defendant EDWARD JAVIER, in the above referenced matter.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

RESPECTFULLY SUBMITTED,

        Dated this April 23, 2008

        _____

        Brian J. Virag, Attorney for

- 2

Defendant, ED JAVIER

- 3 -

**DECLARATION OF JIM RUBIN**

I, JAMES EDWARD RUBIN DECLARE AS FOLLOWS:

1. I am an attorney duly licensed to practice law in thisin this Court.

2. I hereby endorse and sponsor BRIAN J. VIRAG to appear PRO HAC VICE in the District of Columbia in the above matter.

Respectfully submitted,

  /s/
James Edward Rubin, (Bar No. 456945)

The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD  20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

- 4

CERTIFICATE OF SERVICE

- 5