```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3                                      ) Case No.: 1:08-cr-00060
                                        )
 4  UNITED STATES OF AMERICA,           ) MOTION OF ATTORNEY BRIAN VIRAG TO
                                        ) APPEAR FOR DEFENDANT AS COUNSEL PRO
 5                                      ) HAC VICE
                                        )
 6       vs.                            ) Date: 4-29-08
                                        ) Time: 3:30 am
 7  EDWARD JAVIER,                      ) Dept: 9
                                        )
 8             Defendant
    _____
 9  BRIAN J. VIRAG, hereby moves the Court to grant leave to appear as counsel

10  for defendant Edward Javier PRO HAC VICE in the above referenced matter.

11  This request is based on this motion; the attached declaration of BRIAN J.

12  VIRAG; the declaration of JAMES EDWARD RUBIN; and oral argument to be heard

13  on April 29, 2008.

14  Respectfully Submitted,

15                                              Dated this April 23, 2008

16                                                    /s/
                                                Brian J. Virag
```

- 1 -

**DECLARATION OF BRIAN J. VIRAG**

BRIAN J. VIRAG DECLARES AS FOLLOWS:

1. I am an attorney duly licensed to practice law in all courts in the State of California.

2. My full office address is: BRIAN J. VIRAG, Law Offices of Brian J. Virag, 16400 Ventura Blvd., Suite #317, Encino, CA 91436, (818) 907-5333 Fax (818) 907-5398

3. I have not been disciplined by any Bar.

4. I have not been admitted pro hac vice to this Court in the past two years.

5. I am the counsel of record for the defendant, EDWARD JAVIER in the above referenced matter.

6. I hereby respectfully request the court to permit attorney BRIAN VIRAG to appear as counsel **PRO HAC VICE** for the defendant EDWARD JAVIER, in the above referenced matter.

I declare under the penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED,

                                        Dated this April 23, 2008

                                        /s/_____

                                        Brian J. Virag, Attorney for Defendant, ED JAVIER

- 2

**DECLARATION OF JIM RUBIN**

I, JAMES EDWARD RUBIN DECLARE AS FOLLOWS:

1. I am an attorney duly licensed to practice law in this Court.

2. I hereby endorse and sponsor BRIAN J. VIRAG to appear PRO HAC VICE in the District of Columbia in the above matter.

Respectfully submitted,

   /s/
James Edward Rubin, (Bar No. 456945)

The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD  20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

- 3 -

CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25