HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Edward Javier                    Docket No.: __08CR060-01__

**FILED**
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Edward Javier__ having been sentenced, on July 18, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __Taft CI SCP__, in __Taft, CA__ by 2 p.m., on __August 28, 2008__.

__8/14/08__
Date

__/s/ Richard W. Roberts__
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

__[signature]__
ATTORNEY/U.S. PROBATION OFFICER

x __[signature] Edw C. J.__
DEFENDANT

Revised 6-2004