UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD JAVIER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Criminal No. 08-60 (RWR)<br>)<br>)<br>)<br>) |

**FILED**

SEP 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is hereby

ORDERED that defendant's third motion to extend his surrender date be, and hereby is, DENIED.

SIGNED this 29th day of August, 2008.

/s/ RICHARD W. ROBERTS
United States District Judge